# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

FLORIDA HOPE AND
REHABILITATION CENTER,
INC., ET AL.,

       Plaintiffs,

v.                                       Case No.: 8:04-cv-2656-T-24 MAP

THE CITY OF TAMPA, FLORIDA,

       Defendant.

_____/

## ORDER

      This cause comes before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Motion to Dismiss.  (Doc. No. 18).

      Defendant filed a motion to dismiss on March 2, 2005.  (Doc. No. 10).  Plaintiff requested an extension to respond to the motion until May 5, 2005, which the Court granted.  Plaintiff now seeks another sixty day extension, because the parties are still engaged in settlement discussions.

      Rather than extending the time for responding to the motion, the Court finds that administrative closure of this case is appropriate.  The parties have telephonically notified the Court that they consent to administrative closure of this case.

      Accordingly, it is ORDERED AND ADJUDGED that:

    (1)      The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case;

    (2)      The Clerk is directed to terminate Defendant's Motion to Dismiss (Doc. No. 10);

    (3)      Plaintiff's Unopposed Motion for Extension of Time to Respond to Motion to

Dismiss (Doc. No. 18) is **DENIED AS MOOT**;

(4)      Plaintiff is directed to file a status report on or before July 11, 2005 that informs the Court of the status of this case;

(5)      Either party may move to return this case to active status at any time;

(6)      If this case is returned to active status and Defendant still wants to pursue its motion to dismiss, Defendant is directed to re-file its motion to dismiss within five business days of the case being returned to active status.

**DONE AND ORDERED** at Tampa, Florida, this 4th day of May, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record